|[pic] |
| |
| | |Court of Appeals | | |
|BRIAN QUINN | | | |PEGGY CULP |
|Chief Justice | |Seventh District of Texas | |CLERK |
| | |Potter County Courts | | |
|JAMES T. CAMPBELL | |Building | | |
|Justice | |501 S. Fillmore, Suite 2-A | |MAILING ADDRESS: |
| | |Amarillo, Texas 79101-2449 | |P. O. Box 9540 |
|MACKEY K. HANCOCK | |www.7thcoa.courts.state.tx.| |79105-9540 |
|Justice | |us | | |
| | | | | |
|PATRICK A. PIRTLE | | | |(806) 342-2650 |
|Justice | | | | |

 March 27, 2013

|Jami Kay Watson |Greta Rapstine Crofford |
|Attorney at Law |Attorney at Law |
|3521 SW 15th Avenue |3610 S. Washington Street |
|Amarillo, TX 79102 |Amarillo, TX 79110 |
| | |
|Lendon Ray |Mendy Mashay Ehmann |
|Attorney at Law |#31 Kit Carson |
|3505 Olsen Blvd., Suite 106 |Buffalo Springs Lake, TX 79404 |
|Amarillo, TX 79109 | |

 Dear Ms. Ehmann and Counsel:

 The Court this day disposed of Cause No. 07-13-00082-CV, styled
 In the Interest of K.E. and R.E., Children. Enclosed are copies of
 the Court's opinion and judgment and mandate. Tex. R. App. P. 48.

 In addition, pursuant to Texas Government Code, Sec.
 51.204(b)(2), exhibits on file with this Court, if any, will be
 destroyed three years after final disposition of the case or at an
 earlier date if ordered by the Court.

 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

 |xc: |Honorable Dan L. Schaap |
| |Dina Wall |
| |Patricia Sherrill |
| |Shawn Ehmann |
| |Lexis/Nexis |
| |Wolters Kluwer Law & Business |
| |State Bar of Texas |
| |West Publishing |